# BALLON STOLL P.C.

COUNSELLORS AT LAW        FOUNDED 1931                                                810 SEVENTH AVENUE
                                                                                                SUITE 405
                                                                                        NEW YORK, NY 10019
                                                                                          Ph: 212-575-7900

                                                                                          www.ballonstoll.com

September 7, 2023

MARSHALL B. BELLOVIN, ESQ.
mbellovin@ballonstoll.com

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

RE:   Bitsadze v. Simonsen et al.,
      Docket No. 22-cv-03142 (JHR)

Dear Judge Rearden:

> Application GRANTED. The deadline for the parties' submission of their settlement papers is extended to **September 21, 2023**.
>
> The Clerk of Court is directed to terminate ECF No. 32.
>
> SO ORDERED.
>
> *Jennifer H. Rearden* (signature)
> Jennifer H. Rearden, U.S.D.J.
> Date: September 8, 2023

    This office represents the Defendants, Lisa Simonsen and Charles N. Atkins (collectively "Defendants") in the above-referenced action. We write with the consent of the opposing counsel, to respectfully, jointly request a two (2) week extension of time to submit the settlement agreement to the Court along with a joint letter explaining the basis for the proposed settlement and why, if the parties contemplate dismissal under Rule 41, it should be approved as fair and reasonable.

    The parties are still negotiating the terms of the Settlement Agreement and require the additional time to finalize the Agreement.

    This is the first request for an extension of time to submit the Settlement Agreement and Joint Letter.

    Thank you for your time and consideration of this request.

Respectfully submitted

    *s/Marshall Bellovin*
Marshall B. Bellovin, Esq.

cc.:   Adam Sackowitz, Esq. (via ECF)