UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: __09/25/2023__
```

Gvantsa Bitsadze,

                                   Plaintiff,

              -against-

Lisa Simonsen, et al.,

                                   Defendants.

1:22-cv-03142 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

This case contains claims under the Fair Labor Standards Act. (*See* Compl., ECF No. 1.) The parties appeared before the undersigned for a settlement conference on August 15, 2023, and a settlement in principle was reached thereafter.

On September 22, 2023, the parties submitted a proposed settlement agreement and related papers, seeking Court approval of the parties' agreement to settle Plaintiff's FLSA claims. (Joint Ltr. for Settl. Approval, ECF No. 37; Proposed Settl. Agmt, ECF No. 36.) On September 22, 2023, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (Consent, ECF No. 39.)

Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. The settlement is approved.   Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement agreement.   The Clerk is requested to close the case.

**SO ORDERED.**

Dated:       New York, New York
             September 25, 2023

_____
STEWART D. AARON
United States Magistrate Judge